■ CARMEN R. FOX, Appellant, v EASTMAN KODAK COMPANY, Respondent. (Appeal No. 2.) [713 NYS2d 710] —Appeal unanimously dismissed without costs (*see, Banner Serv. Corp. v Hall,* 185 AD2d 613). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Vacate Order.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Lawton, JJ.